[No. 56639-3-I.   Division One.   August 21, 2006.]

*In the Matter of the Parentage of* A.L.R.

JOHN W. RUSH, *Respondent*, v. MARY W. KESTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-09113-1, Glenna Hall, J., entered July 1, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ.

[No. 56642-3-I.   Division One.   August 21, 2006.]

GAIL LEIGHTON ET AL., *Appellants*, v. UROLOGY NORTHWEST, P.S., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-05644-1, Gregory P. Canova, J., entered June 30 and August 3, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Appelwick, C.J., and Dwyer, J.

[No. 56752-7-I.   Division One.   August 21, 2006.]

GOETZ BUILDING COMPANY, L.L.C., *Respondent*, v. GOETZ & SONS WESTERN MEAT, L.L.C., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-09165-5, Eric Z. Lucas, J., entered August 11, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Schindler, A.C.J., and Grosse, J.

[No. 56804-3-I.   Division One.   August 21, 2006.]

*In the Matter of the Marriage of* BERNADETTE J. PARKER, *Respondent*, and DENNIS A. PARKER II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-08192-6, Glenna Hall, J., entered July 28, 2005. *Reversed* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ. Now published at 135 Wn. App. 465.